

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE | § | No. 08-25-00182-CR |
|  | § |  |
| MICHAEL RODRIGUEZ, | § | Appeal from the |
|  | § |  |
| Appellant. | § | 226th District Court |
|  | § | of Bexar County, Texas |
|  | § | (TC# 2022CR2561) |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 30th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.